**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 2:10-CR-0235-JCM (PAL) |
| CHAISSON MICHAEL RODRIGUEZ, | ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on February 22, 2011, defendant CHAISSON MICHAEL RODRIGUEZ pled guilty to Count One of a Two-Count Criminal Indictment charging him with Possession of a Firearm/Destructive Device Not Registered in the NFRTR, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant CHAISSON MICHAEL RODRIGUEZ pled guilty.

The following assets are subject to forfeiture pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c):

    a)  Five pipe bombs;

    b)  One black Adidas bag containing:

        1.  100 ft. green cannon fuze,

      2.       4 - 8"x1" galvanized pipe,

      3.       9 - 1" galvanized endcaps,

      4.       1 partial roll of grey duct tape, and

      5.       1 roll scotch tape;

c) One plastic bag containing 2 - 1 lb. plastic jugs of Red Dot smokeless powder;

d) One Mead Composition notebook containing a diary;

e) One "Poor Man's James Bond" book;

f) One white binder labeled "Instructions for Homemade Explosives";

g) Two LVMPD patches which had been sewn onto a dark shirt; and

h) One military style flak jacket ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of CHAISSON MICHAEL RODRIGUEZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
2  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
3  following address at the time of filing:

> Michael Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
9  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
10 following publication of notice of seizure and intent to administratively forfeit the above-described
11 asset.
12  DATED this 3rd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Karen Michelini, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on February 24, 2011 by the below identified method of service:

<u>Electronic Filing</u>

Monique N. Kirtley
Federal Public Defender
411 East Bonneville Street - Suite 250
Las Vegas, Nevada 89101
ECF_Vegas@fd.org
*Counsel for Dwight Mallett*

Shari L. Kaufman
Federal Public Defender
411 East Bonneville Street - Suite 250
Las Vegas, Nevada 89101
ECF_Vegas@fd.org
*Counsel for Dwight Mallett*

/s/ Karen Michelini
Karen Michelini
Forfeiture Support Associate Paralegal