# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| ) v. ) | 2:10-CR-0235-JCM (PAL) |
| ) CHAISSON MICHAEL RODRIGUEZ, ) | |
| ) Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On February 23, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant CHAISSON MICHAEL RODRIGUEZ to a criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant CHAISSON MICHAEL RODRIGUEZ pled guilty. Docket #12, #55.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law continually from March 9, 2011, through to April 7, 2011, via the official government internet forfeiture site, www.forfeiture.gov notifying all known third parties of their right to petition the Court. #56.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a) Five pipe bombs;
b) One black Adidas bag containing;
    1. 100 feet green cannon fuze;
    2. 4 - 8"x1" galvanized pipe;
    3. 9 - 1' galvanized endcaps;
    4. 1 partial roll of grey duct tape; and
    5. 1 roll scotch tape;
c) One plastic bag containing 2 - 1 lb plastic jugs of Red Dot smokeless powder;
d) One Mead Composition notebook containing a diary;
e) One "Poor Man's James Bond" book;
f) One white binder labeled "Instructions for Homemade Explosives";
g) Two LVMPD patches which had been sewn onto a dark shirt; and
h) One military style flak jacket ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property

. . .

. . .

1 | forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
2 | according to law.
3 |     The Clerk is hereby directed to send copies of this Order to all counsel of record and three
4 | certified copies to the United States Attorney's Office.
5 | DATED this 26th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE